IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WELCH RACING LLC, and BRENDAN WELCH, <br><br> Plaintiffs, <br><br> vs. <br><br> LYLE BARNETT, DAVID WRIGHT, COURTNEY ENDERS, and JAMIE HESTER, <br><br> Defendants. | 4:23CV3148 <br><br> **MEMORANDUM AND ORDER** |

This matter is before this Court on Plaintiffs' "Supplement," Filing No. 13, and motion to appoint counsel, Filing No. 14, both filed on September 6, 2023. This case was dismissed and judgment was entered on September 1, 2023. Filing No. 11; Filing No. 12.

Based on the previous dismissal of this case, the motion for counsel, Filing No. 14 is denied as moot. Plaintiffs are hereby notified that due to the dismissal of this case no action will be taken by this Court on their "Supplement." Filing No. 13.

IT IS SO ORDERED.

2

Dated this 12th day of September, 2023.

BY THE COURT:

*Joseph F. Bataillon* (signature)

Joseph F. Bataillon
Senior United States District Court